Joshua Briones (SBN 205293)
joshua@brionespc.com

**BRIONES PC**
1801 Century Park East, Suite 1840
Los Angeles, CA 90067
Telephone: 858-243-3819

Attorneys for Defendant
Inland Empire INDUSTRIAL SUPPLIES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERNEST HILL, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> INLAND EMPIRE INDUSTRIAL SUPPLIES, INC., <br><br> Defendant. | Case No.: 5:25-cv-02376 <br><br> **DEFENDANT INLAND EMPIRE INDUSTRIAL SUPPLIES, INC.'S ANSWER TO COMPLAINT** |

Defendant Inland Empire Industrial Supplies, Inc. ("Inland Empire") hereby answers the Class Action Complaint ("Complaint") filed by Plaintiff Ernest Hill, individually and on behalf of all others similarly situated, as follows:

1. Admitted only that Plaintiff filed the Complaint alleging claims under the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. ("TCPA"), but denied that Inland Empire violated the TCPA.

2. Inland Empire denies the allegations in paragraph 2 of the Complaint.

## PARTIES

3. Inland Empire lacks information or belief sufficient to answer the allegations in paragraph 3 of the Complaint and, on that basis, denies them.

4. Admitted only that Inland Empire is a corporation incorporated under the laws of the State of California, with its principal place of business in Riverside, California.

## JURISDICTION AND VENUE

5. The statements in paragraph 5 are legal conclusions to which no response is required. To the extent paragraph 5 contains factual allegations, these are denied.

6. The statements in paragraph 6 are legal conclusions to which no response is required. To the extent paragraph 6 contains factual allegations, these are denied.

## INTRODUCTION

7. Inland Empire lacks information or belief sufficient to answer the allegations in paragraph 7 of the Complaint and, on that basis, denies them.

8. Inland Empire lacks information or belief sufficient to answer the allegations in paragraph 8 of the Complaint and, on that basis, denies them.

## PLAINTIFF'S ALLEGATIONS

9. Inland Empire lacks information or belief sufficient to answer the allegations in paragraph 9 of the Complaint and, on that basis, denies them.

10. Inland Empire lacks information or belief sufficient to answer the allegations in paragraph 10 of the Complaint and, on that basis, denies them.

11. Inland Empire lacks information or belief sufficient to answer the allegations in paragraph 11 of the Complaint and, on that basis, denies them.

12. Inland Empire lacks information or belief sufficient to answer the allegations in paragraph 12 of the Complaint and, on that basis, denies them.

13. Inland Empire lacks information or belief sufficient to answer the allegations in paragraph 13 of the Complaint and, on that basis, denies them.

14. Inland Empire lacks information or belief sufficient to answer the allegations in paragraph 14 of the Complaint and, on that basis, denies them.

15. Inland Empire lacks information or belief sufficient to answer the allegations in paragraph 15 of the Complaint and, on that basis, denies them.

16. Inland Empire lacks information or belief sufficient to answer the allegations in paragraph 16 of the Complaint and, on that basis, denies them.

17. Inland Empire lacks information or belief sufficient to answer the allegations in paragraph 17 of the Complaint and, on that basis, denies them.

18. Inland Empire lacks information or belief sufficient to answer the allegations in paragraph 18 of the Complaint and, on that basis, denies them.

19. Inland Empire lacks information or belief sufficient to answer the allegations in paragraph 19 of the Complaint and, on that basis, denies them.

20. Admitted that Plaintiff sent Defendant a letter and that the letter speaks for itself. Inland Empire denies the remaining allegations in paragraph 20 of the Complaint.

21. Inland Empire lacks information or belief sufficient to answer the allegations in paragraph 21 of the Complaint and, on that basis, denies them.

22. Admitted that the letter speaks for itself. Inland Empire denies the remaining allegations in paragraph 22 of the Complaint.

23. Admitted that any written response by Inland Empire speaks for itself. Inland Empire denies the remaining allegations in paragraph 23 of the Complaint.

24. Inland Empire denies the allegations in paragraph 24 of the Complaint.

25. Inland Empire denies the allegations in paragraph 25 of the Complaint.

## CLASS ALLEGATIONS

26. Defendant adopts and incorporates its responses to all other paragraphs of this Answer as if fully set forth herein.

27. Inland Empire denies the allegations in paragraph 27 of the Complaint.

28. Inland Empire denies the allegations in paragraph 28 of the Complaint.

29. Inland Empire denies the allegations in paragraph 29 of the Complaint.

30. Inland Empire denies the allegations in paragraph 30 of the Complaint.

31. Inland Empire lacks information or belief sufficient to answer the allegations in paragraph 31 of the Complaint and, on that basis, denies them.

32. Inland Empire denies the allegations in paragraph 32 of the Complaint, including its subparts (a) through (c).

33. Inland Empire denies the allegations in paragraph 33 of the Complaint.

34. Inland Empire denies the allegations in paragraph 34 of the Complaint, including its subparts (a) through (d).

## COUNT I

### Violations of the TCPA, 47 U.S.C. § 227

### (On Behalf of Plaintiff and the National DNC Class)

35. Inland Empire incorporates by reference its responses to each and every allegation set forth in the preceding paragraphs.

36. The statements in paragraph 36 of the Complaint are legal conclusions to which no response is required. To the extent paragraph 36 contains factual allegations, these are denied.

37. Inland Empire denies the allegations in paragraph 37 of the Complaint.

38. Inland Empire denies the allegations in paragraph 38 of the Complaint.

39. Inland Empire denies the allegations in paragraph 39 of the Complaint.

40. Inland Empire denies the allegations in paragraph 40 of the Complaint.

## COUNT II

## VIOLATION OF 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(d)

### (On Behalf of Plaintiff and the IDNC Class)

41. Inland Empire incorporates by reference its responses to the foregoing paragraphs as if fully set forth herein.

42. Admitted only that 47 C.F.R. § 64.1200(d) speaks for itself.

43. The statements in paragraph 43 of the Complaint are legal conclusions to which no response is required. To the extent paragraph 43 contains factual allegations, these are denied.

44. Inland Empire denies the allegations in paragraph 44 of the Complaint.

45. Inland Empire denies the allegations in paragraph 45 of the Complaint.

46. Inland Empire denies the allegations in paragraph 46 of the Complaint.

47. Inland Empire denies the allegations in paragraph 47 of the Complaint.

48. Inland Empire denies the allegations in paragraph 48 of the Complaint.

49. Inland Empire denies the allegations in paragraph 49 of the Complaint.

50. Inland Empire denies the allegations in paragraph 50 of the Complaint.

51. Inland Empire denies the allegations in paragraph 51 of the Complaint.

52. Inland Empire denies the allegations in paragraph 52 of the Complaint.

53. Inland Empire denies the allegations in paragraph 53 of the Complaint.

54. Inland Empire denies the allegations in paragraph 54 of the Complaint.

55. Inland Empire denies the allegations in paragraph 55 of the Complaint.

56. Inland Empire denies the allegations in paragraph 56 of the Complaint.

57. Inland Empire denies the allegations in paragraph 57 of the Complaint.

58. Inland Empire denies the allegations in paragraph 58 of the Complaint.

## PRAYER FOR RELIEF

Inland Empire denies that Plaintiff and/or the putative class are entitled to any relief, and denies that Plaintiff and/or the putative class are entitled to a trial by jury.

- 5 -
DEFENDANT INLAND EMPIRE INDUSTRIAL SUPPLIES, INC.'S ANSWER TO COMPLAINT

## AFFIRMATIVE DEFENSES

Inland Empire alleges the following defenses. By pleading these defenses, Inland Empire does not agree or concede it has the burden of proof or persuasion on any of these defenses. Inland Empire reserves the right to assert additional affirmative defenses if it discovers new facts that support such defenses.

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

1. The Complaint fails to allege facts sufficient to state a claim against Inland Empire.

### SECOND AFFIRMATIVE DEFENSE
### (Prior Express Consent)

2. Inland Empire received prior express consent to contact Plaintiffs and/or all members of the putative class.

### THIRD AFFIRMATIVE DEFENSE
### (No Use of an "Automatic Telephone Dialing System")

3. Inland Empire did not use an "automatic telephone dialing system" as defined in the TCPA to call Plaintiff or any putative class members.

### FOURTH AFFIRMATIVE DEFENSE
### (Arbitration)

4. When Plaintiff and/or each member of the putative class consented to be called by Inland Empire, he or she also agreed to submit the claims alleged in the Complaint to final and binding arbitration and not to participate in a class action.

### FIFTH AFFIRMATIVE DEFENSE
### (Standing)

5. Plaintiff's claims on behalf of others are barred because he lacks standing to maintain them.

## SIXTH AFFIRMATIVE DEFENSE

### (Improper Class Action)

6. Plaintiff cannot satisfy the prerequisites set forth in Federal Rule of Civil Procedure 23 to maintain a class action.

## SEVENTH AFFIRMATIVE DEFENSE

### (No Willful or Knowing Conduct)

7. Plaintiff's claims for statutory penalties of up to $1,500 per violation of the TCPA for himself and the putative class are barred because Inland Empire did not engage in willful or knowing misconduct.

## EIGHTH AFFIRMATIVE DEFENSE

### (Acts of Third Parties)

8. The alleged damages, if any, were caused, in whole or in part, by the acts or omissions of unnamed third parties and Inland Empire is not responsible for their conduct.

## NINTH AFFIRMATIVE DEFENSE

### (Due Process/Equal Protection)

9. Plaintiff's claims for statutory penalties for himself and the putative class violate the Due Process and Equal Protection Clauses of the 14th Amendment of the United States Constitution.

## TENTH AFFIRMATIVE DEFENSE

### (First Amendment)

10. As applied, the TCPA violates the 1st Amendment of the United States Constitution.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Hobbs Act)

11. The Hobbs Act cannot be validly or constitutionally applied to preclude Inland Empire from raising defenses to an action arising under the TCPA.

## TWELFTH AFFIRMATIVE DEFENSE
### (Reasonable Practices)

12. Inland Empire has established and implemented, with due care, reasonable practices and procedures to effectively prevent alleged telephone calls in violation of the TCPA.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Good Faith)

13. Any and all claims brought in the Complaint are barred because Inland Empire possessed a good faith belief that it had consent to call the numbers at issue.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (Estoppel)

14. Plaintiff's claims for himself and the putative class are barred, in whole or in part, by the doctrine of estoppel.

## FIFTEENTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate)

15. Plaintiff's claims for himself and the putative class are barred, in whole or in part, as a result of the failure to mitigate the number of telephone calls allegedly made by Inland Empire to a cellular telephone number by not informing Inland Empire that it was not calling the person it intended to call.

## SIXTEENTH AFFIRMATIVE DEFENSE
### (Safe Harbor)

16. Plaintiff's claims for himself and the putative class are barred, in whole or in part, as a result of the safe harbor exception for calls made to reassigned cell phone numbers when seeking to reach the individuals who provided Inland Empire consent to call.

## **PRAYER FOR RELIEF**

WHEREFORE, Inland Empire prays for judgment as follows:

A. Plaintiff takes nothing by the Complaint, and the Court enters judgment

1  against Plaintiff and in favor of Inland Empire;

2      B.    The Court awards Inland Empire its costs of suit; and

3      C.    Such other and further relief as this Court deems just and proper.

5  DATED: November 26, 2025        BRIONES PC

6          By: */s/ Joshua Briones*
           JOSHUA BRIONES
           joshua@brionespc.com
           1801 Century Park East
           Suite 1840
           Los Angeles, CA 90067
           Telephone: 858-243-3819
           Attorney for Defendant